IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

AARON ASBURY,

Plaintiff,

v.

AEROTEK, INC., ALLEGIS GROUP,
INC., JONES LANG LASALLE
AMERICAS, INC., JONES LANG
LASALLE BROKERAGE, INC.,
JONES LANG LASALLE – FRONT
RANGE LLLP, and JONES LANG
LASALLE, INC.,

Defendants.

Case No. 3:19-cv-00758-MO

JUDGMENT OF DISMISSAL
OF DEFENDANTS JONES
LANG LASALLE
BROKERAGE, INC., JONES
LANG LASALLE – FRONT
RANGE LLLP, and JONES
LANG LASALLE, INC. ONLY

Fed. R. Civ. P. 54(b)

Pursuant to FRCP 54(b), based upon the stipulated motion of Plaintiff and

Defendants Jones Lang LaSalle Brokerage, Inc., Jones Lang LaSalle – Front Range

LLLP, and Jones Lang LaSalle, Inc. (hereinafter "JLL Brokerage," "JLL Front

Range," and "JLL, Inc."), it is hereby ADJUDGED that Plaintiff's claims against

Defendants JLL Brokerage, JLL Front Range, and JLL, Inc. are dismissed without prejudice and without an award of costs or attorney fees to either party.

Plaintiff reserves the right to rename Defendants JLL Brokerage, JLL Front Range, and/or JLL, Inc. in this litigation at any time during the pendency of this litigation should the evidence warrant such action. Defendants agree that in the event Plaintiff renames any or all of Defendants JLL Brokerage, JLL Front Range, and/or JLL, Inc. Defendants will not raise any statute of limitations defense based on any passage of time following the filing of the original Complaint.

DATE: December 5ᵀᴴ, 2019

_____
Honorable Michael W. Mosman
United States Chief District Judge

Page 2 – JUDGMENT OF DISMISSAL OF
    DEFENDANTS JONES LANG LASALLE
    BROKERAGE, INC., JONES LANG
    LASALLE – FRONT RANGE LLLP, and
    JONES LANG LASALLE, INC. ONLY