IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AARON ASBURY**, <br><br> Plaintiff, <br><br> v. <br><br> **AEROTEK, INC., ALLEGIS GROUP, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE BROKERAGE, INC., JONES LANG LASALLE – FRONT RANGE LLLP, and JONES LANG LASALLE, INC.**, <br><br> Defendants. | Case No. 3:19-cv-00758-MO <br><br> **ORDER OF DISMISSAL** |

**Mosman, J.,**

Pursuant to FRCP 41(a)(2), it is hereby ORDERED and ADJUDGED that this action is DISMISSED with prejudice and without an award of attorney fees or costs to any party.

Dated this _____ day of June 2020.

                                                                         _____
                                                                         Honorable Michael W. Mosman
                                                                         United States Chief District Judge