IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AARON ASBURY, | Case No. 3:19-cv-00758-MO |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| AEROTEK, INC., ALLEGIS GROUP, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE BROKERAGE, INC., JONES LANG LASALLE – FRONT RANGE LLLP, and JONES LANG LASALLE, INC., | |
| Defendants. | |

**Mosman, J.,**

Pursuant to FRCP 41(a)(2), it is hereby ORDERED and ADJUDGED that this action is DISMISSED with prejudice and without an award of attorney fees or costs to any party.

Dated this _____ day of June 2020.

/s/ Michael W. Mosman
Honorable Michael W. Mosman
United States District Judge

Page 1 – ORDER OF DISMISSAL